IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MSF REO II, LLC,

      Plaintiff,

vs.

No. CIV-S-11-3265-KJM-KJN-PS

ANITA M. CATEDRILLA, et al.,

      Defendant.               ORDER

_____/

        On February 6, 2012, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

        Accordingly, IT IS ORDERED that:

        1. The Findings and Recommendations filed February 6, 2012, are ADOPTED;

/////

1

2. Plaintiff's motion to remand (Dkt No. 7) is granted and this matter is remanded to the Superior Court of California, County of Solano;

3. Plaintiff's request for attorney's fees is denied;

4. Plaintiff's ex parte application seeking remand of this case (Dkt No. 5) is denied as moot; and

5. All dates are vacated and the Clerk of Court is directed to close this case.

DATED: April 4, 2012.

_____
UNITED STATES DISTRICT JUDGE